BARTHOLDI TURECAMO, Appellant, *v.* MAURICE FRANKEL et al., Respondents.

Argued April 21, 1938; decided May 24, 1938.

*John F. Kiernan, William C. Goodson* and *Alexander D. Diamond* for appellant.

*Joseph H. Choate, Jr., Wesley S. Sawyer* and *Michael J. Ryan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.